**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**CORTEZ D. POWELL** **PLAINTIFF**
**ADC #163358**

**v.** **Case No. 4:25-cv-00377-KGB**

**IVORY MCDANIEL, *et al*.** **DEFENDANTS**

**ORDER**

Before the Court is a Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 39). Plaintiff Cortez D. Powell has not filed objections, and the time to do so has passed. After careful consideration, the Court adopts the Recommendation in its entirety as this Court's findings in all respects. Therefore, defendants' motion for summary judgment is granted, and Powell's claims against defendants are dismissed without prejudice due to Powell's failure to exhaust available administrative remedies (Dkt. No. 35).

It is so ordered this 21th day of October, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge